UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**ASHLEY LITTLE**

    Plaintiffs,

v.                                                   Case No. 2:14cv210

**NATIONAL CREDIT ADJUSTERS**, L.L.C., et al

    Defendant.

## CLERK'S ENTRY OF DEFAULT

Default is hereby noted on the docket as to defendant, **National Credit Adjusters, L.L.C.**, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, this 17th day of June, 2014.

                                                      FERNANDO GALINDO, Clerk

                                                      By:    /s/ T. Brown
                                                                     Deputy Clerk